IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN WESTERN HOME INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-03490-JMG |
| | : | |
| SALAMANDER STUCCO, LLC, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 22nd day of June, 2022, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 6), and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Default Judgment, (ECF No. 6), is **GRANTED.**

2. Declaratory judgment is **ENTERED** in favor of Plaintiff and against Defendant: American Western Home Insurance Company does not have a duty to defend or indemnify Salamander Stucco, LLC, in the state court action: *Ament, et al. v. Charter Homes, et al. v. Salamander Stucco, et al.*, No. CI-20-04502 (Lanc. Cty Ct. Com. Pleas).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge